JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YEO HIAP SENG LIMITED, a Singapore Limited Liability Company; and YHS TRADING (USA) INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ACE CANNING CORPORATION SDN BHD, a Malaysia company; ACE MARKETING USA INC., a California corporation; SUN FAT TRADING CORP., a California corporation; and BILLY KWEE HENG SEAH, an individual<br><br>Defendants. | Case No.  CV 07-04031  RGK (PJWx)<br><br>[~~PROPOSED~~] STIPULATED JUDGMENT AND PERMANENT INJUNCTION |

Injunction

Plaintiffs YEO HIAP SENG LIMITED, a Singapore Limited Liability Company and YHS TRADING (USA) INC., a California corporation, ("Plaintiffs"), filed a Complaint against Defendants Ace Canning Corporation SDN BHD, Ace Marketing USA, Inc., Sun Fat Trading Corporation, and Billy Kwee Heng Seah ("Defendants"), which alleged infringement of Plaintiffs' trade dress rights.

On or about February 19, 2009, Plaintiffs and Defendants entered in to a Confidential Settlement Agreement without admission of liability pursuant to which each party has agreed (i) to take certain other actions to resolve the dispute which is the subject of this action, and (ii) to the entry of this judgment.

NOW THEREFORE, with the consent of the parties, based upon the Agreement of the parties and upon all prior proceedings herein:

JUDGMENT IS HEREBY ENTERED, AND IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.  This Court has jurisdiction over the parties to this Action.

2.  Defendants Ace Canning Corporation SDN BHD, Ace Marketing USA, Inc., Sun Fat Trading Corporation, and Billy Kwee Heng Seah ("Defendants"), and each of their officers, agents, servants, employees, attorneys and other persons who are in active concert or participation with any of them, are enjoined from:

A. using any trade dress, packaging, trade name or trademark that is confusingly similar to Plaintiff's Soymilk Trade Dress (photographs of one can bearing said trade dress are attached hereto as Exhibit A), including but not limited to the can design shown in the Exhibit B attached hereto; and

B. manufacturing, producing, distributing, trafficking in, selling, advertising or promoting any products or services bearing or associated with any trade dress, packaging, trade name or trademark that is confusingly similar to Plaintiff's

1

Injunction

Soymilk Trade Dress.

3. Defendants will provide Plaintiffs with a written declaration under penalty of perjury within two weeks of signing this stipulation that they have no cans, products, labels, boxes, signs, prints, packages, artwork and advertisements in their possession, or under their control, bearing any simulation, reproduction, counterfeit, or copy of any Plaintiff's Soymilk Trade Dress.

4. The parties have entered into a Confidential Settlement Agreement providing for the entry of this Stipulated Judgment.

5. The Court shall retain jurisdiction over the parties to enforce this Stipulated Judgment and Permanent Injunction and the Confidential Settlement Agreement, the terms of which are incorporated herein by reference.

6. Each party shall bear its own attorney fees and costs.

7. The parties agree not to file any appeal of this matter.

Date: March 2, 2009        _____
                                    United States District Judge

2

Injunction

Submitted by:

SHELDON MAK ROSE & ANDERSON PC


/s/A. Eric Bjorgum_____
Jeffrey G. Sheldon
A. Eric Bjorgum
Attorneys for Plaintiffs
YEO HIAP SENG, LTD. and YHS TRADING (USA), INC.



HANKIN PATENT LAW, PC

/a/Marc A. Hankin_____
Marc Hankin
Attorneys for Defendants
ACE CANNING CORPORATION SDN BHD, ACE MARKETING USA, INC., SUN FAT TRADING CORPORATION, and BILLY KWEE SENG SEAH.

3

Injunction

# EXHIBIT A

## PLAINTIFF'S SOYMILK TRADE DRESS



Injunction

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

Injunction

# EXHIBIT B

## (ONE) DESIGN ENJOINED



Injunction